Randall J. Roske, Esquire
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 793-4211♦ cell (702) 596-6472
e-mail: randallroske@yahoo.com
Attorney for Defendant
Joshua Michael Martinez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **CASE NO. 2:18-CR-00294-APG-DGA-** |
| **JOSHUA MICHAEL MARTINEZ**, et al., | |
| Defendants. | |

## STIPULATION TO WITHDRAW MOTION TO SUPPRESS

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, Joshua Michael Martinez, by and through his attorney, Randall J. Roske, , and the Plaintiff, the United States of America, by and through its attorneys, United States Attorney for the District of Nevada, Nicholas A. Trutanich, and Kevin Schiff, Assistant United State Attorney, that the pending Motion to Suppress (Dkt.# 96) be withdrawn pending the potential resolution of this matter by compromise solution (i.e. pending potential plea negotiations).   This Stipulation is entered into for the following reasons:

1. That the Defendant Joshua Michael Martinez has pending the issue as to his competency to stand trial. That the Defense expert, Dr. Thomas Kinsora, a neuro-psychologist has agreed to conduct an evaluation and report.  The evaluation has been deferred due to the concerns for health and safety existing due to the Covid-19 Pandemic, the legitimate requirements for

distancing and prompt testing results for the virus.  Alternative safety procedures have been rejected by the Henderson Detention Center. That the competency evaluation by Dr. Kinsora may necessitate the prosecution to engage the Bureau of Prisons staff psychologist to further evaluate Mr. Martinez.  As of this date, Dr. Kinsora has been unable to visit and conduct his testing of the Defendant due to restrictions on prisoner contact implemented due to the Covid-19 pandemic intended to prevent the virus spread.

2. That in the interest of judicial economy, the resolution of the pending Motion to Suppress may well end up being un necessary.

3. That should ultimately the matter not be resolved by agreement, the above signed counsel agree that the Motion to Suppress may be renewed as a timely pleading, by way of formal written notice duly filed and served on the Office of the United States Attorney.  This will then trigger an reasonable period of time for the Plaintiff's counsel to prepare a responsive pleading

DATED this 28th   day of July, 2020.

NICHOLAS A, TRUTANICH
United States Attorney for the
District of Nevada

_____/s/_____
Randall J. Roske, Esquire
Attorney for Joshua Michael Martinez
Defendant

_____/s/_____
Kevin Schiff AUSA
Attorneys for the United States
of America, Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOSHUA MICHAEL MARTINEZ,<br>et al.,<br><br>     Defendants. | CASE NO. 2:18-cr-00294-APG-DJA<br><br>ORDER |

That appears from the recitations in the pending Stipulation by the relevant parties that good cause exists to grant the requested relief;

IT IS HEREBY ORDERED that the pending Motion to Suppress be withdrawn without prejudice to revive the pleading should efforts to resolve the case fall through after Mr. Martinez's competency is determined.

IT IS FURTHER ORDERED that the Defendant's counsel must file a written pleading to revive the withdrawn Motion to Suppress, without necessity to refile same with the Court. The Parties will be afforded reasonable time to file an opposition and any reply.

IT IS FURTHER ORDERED that Defendant Jeffrey Jackson's Motion to Join Co-Defendant Martinez's Motion to Suppress Electronic Surveillance (ECF No. 102) is denied without prejudice.

DATED this 30th day of July, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge