Randall J. Roske, Esquire
400 South Fourth Street,
Suite 500
Las Vegas, Nevada 89101
(702)596-6472
e-mail:randallroske@yahoo.com
Attorney for Defendant
Joshua Michael Martinez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:18-cr-00294-APG-DJA-1 |
| JOSHUA MICHAEL MARTINEZ, et al., | |
| Defendants. | |

## STIPULATION TO CONTINUE SENTENCING

(First Request)

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, Joshua Michael Martinez, by and through his attorney, Randall J. Roske, Esquire and between the Plaintiff, the United States of America, by and through its attorney, Christopher Chiou, Acting United States Attorney, the United States Attorney, and Susan Cushman, Assistant United States Attorney that the Sentencing scheduled for July 21, 2021 at 1:30 PM be vacated and continued to a time convenient to the Court after approximately 45 days.

This Stipulation is entered into for the following reasons:

1.    Due to the logistical problems of verifying Mr. Martinez background information, additional time is needed to complete a thorough Pre-sentence Investigation Report.

1      2.      Defendant is in accord with the requested relief, which is the continuance of his

2              Sentencing.

3      3.      The Defendant requests additional time to file any objections to the Pre-sentence

4              Investigation Report.

5      3.      That the Attorneys for the United States of America join in this request to

6              continue the scheduled sentencing.

7

8                           DATED: this 8th day of June 2021.

9

10

11                          CHRISTOPHER CHIOU,
                         ACTING UNITED STATES ATTORNEY

12       /s/                       /s/
Randall J. Roske, Esquire           Susan Cushman,

13 Counsel for Joshua M. Martinez    Assistant United States Attorney
Defendant                  Counsel for the United States

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

2:18-cr-00294-APG-DJA-1

JOSHUA MICHAEL MARTINEZ,
et al.

Defendants.

## ORDER CONTINUING SENTENCING

## FINDINGS OF FACT

Based upon the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant, Joshua Michael Martinez joins in the requested continuance.

2. The Defendant has a significant history of learning disabilities, and academic and any employment records are needed to investigate this potential area of mitigation by the United States Probation Office.

3. Further additional time requested by this stipulation is necessary under Fed. R. Crim. P. 32, and for counsel to adequately prepare any objections to the Pre-sentence Report, and for the Probation Department and for the United States Attorney to respond in advance of the sentencing date.

4. This is the first request for a continuance of the sentencing date.

5. For all of the above stated reasons, good cause exists to grant a continuance of the sentencing date.

## CONCLUSIONS OF LAW

Based upon the foregoing findings of fact, the Court makes the following conclusions of law:

1. That the factual issue of whether the Defendant has a verifiable history of academic and intellectual impairments is a basis for a continuance of the sentencing date as currently set.

2. That good cause exists under Fed. R. Crim. P. 32(b)(2), to grant the requested continuance.

## ORDER

Based upon the Stipulation of the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Defendant's Sentencing be continued to a date convenient to the Court as follows:

The Sentencing currently scheduled for July 21, 2021 at 1:30 p.m. be vacated and the same be continued to the 8th day of September, 2021, at the hour of 1:30 p.m. in Courtroom 6C.

Objections to the Pre-sentence Report must be filed no later than August 18, 2021.

Responsive pleadings must be filed no later than August 23, 2021.

Addendum resolving factual disputes must be filed no later than September 1, 2021.


DATED this  8th day of June, 2021

_____
United States District Judge