1
2
3                    **UNITED STATES DISTRICT COURT**
4                          **DISTRICT OF NEVADA**
5
6                                  * * *
7
8
9   | **UNITED STATES OF AMERICA,**
10  |
10  |         **Plaintiff,**
11  | **v.**                                        2:18-cr-00294-APG-DJA-1
12  | **JOSHUA MICHAEL MARTINEZ,**
    | **et al.**
13  |
14  |         **Defendants.**
15
16                        **ORDER CONTINUING SENTENCING**
17
18
19
20      Based upon the stipulation of counsel, and good cause appearing therefore, I find that:
21
22  1.  The Defendant, Joshua Michael Martinez joins in the requested continuance.
23  2.  Further additional time requested by the stipulation is necessary under Fed. R. Crim. P.
24      32, and for counsel to adequately prepare any objections to the Pre-sentence Report, and
25      for the Probation Department and for the United States Attorney to respond in advance of
26      the sentencing date.
27  4.  This is the second request for a continuance of the sentencing date.
28  5.  For all of the above stated reasons, good cause exists to grant a continuance of the

sentencing date.

Based upon the foregoing findings of fact, I make the following conclusions of law:

1. Additional time is needed by Defense Counsel to prepare for the Sentencing and a continuance is necessary to afford Defendant with effective assistance of counsel.
2. That good cause exists under Fed. R. Crim. P. 32(b)(2), to grant the requested continuance.

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Defendant's sentencing hearing be continued as follows:

The Sentencing currently scheduled for September 8, 2021 at 1:30 p.m. is vacated and is continued to the 27th day of October, 2021, at the hour of 4:00 p.m.

DATED this 3rd day of September, 2021

_____
United States District Judge